UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC. and NeXT SOFTWARE, INC. (f/k/a NeXT COMPUTER, INC.), )<br>)<br>Plaintiffs,                )<br>)<br>)<br>v.                              )<br>)<br>MOTOROLA, INC. and MOTOROLA )<br>MOBILITY, INC.              )<br>)<br>Defendants.             ) | Case No. 10-CV-662-BBC<br><br>**JURY TRIAL DEMANDED** |

## MOTOROLA'S MOTION FOR CLAIM CONSTRUCTION AND A HEARING

Pursuant to the Court's December 20, 2010 Preliminary Pretrial Conference Order, Defendants Motorola Solutions, Inc. (f/k/a Motorola, Inc.) (hereinafter "Solutions") and Motorola Mobility, Inc. (hereinafter "Mobility") (collectively, "Motorola") respectfully request this Court to address and construe the disputed claim terms and phrases identified below and addressed in detail in the attached Memorandum In Support of Motorola's Motion For Claim Construction And A Hearing ("Memorandum"). Motorola also respectfully requests a claim construction hearing. The specific reasons that each term or phrase requires construction and a hearing are separately explained in Motorola's Memorandum, filed concurrently with this Motion.

| Apple Patent No. | Disputed Claim Term or Phrase |
|---|---|
| U.S. Patent No. 6,275,983 | "during runtime" |
| U.S. Patent No. 5,969,705 | "events for controlling said user interface display" |

1

| | |
|---|---|
| U.S. Patent No. 5,566,337 | "storing means for storing a specific set of event of which said at least one event consumer needs to be informed" |
| U.S. Patent No. 5,455,599 | "means for capturing state information and rendering information at the grafport object" |
| U.S. Patent No. 6,424,354 | "connection information" |
| U.S. Patent Nos. RE39,486 and 5,929,852 | "software component architecture" |
| U.S. Patent No. 5,946,647 | "linking actions to the detected structures" |
| U.S. Patent No. 5,481,721 | "dynamic binding" |
| U.S. Patent No. 6,493,002 | "programming module" |

| **Motorola Patent No.** | **Disputed Claim Term or Phrase** |
|---|---|
| U.S. Patent No. 6,175,559 | "preamble sequence" |
| U.S. Patent No. 6,175,559 | "outer code" |
| U.S. Patent No. 5,490,230 | "long term energy value for [the/a] frame of information" |
| U.S. Patent No. 5,490,230 | "extracting from [the recovered signal/the speech coded information] at least one parameter" |
| U.S. Patent No. 5,319,712 | "transmit overflow sequence number" |
| U.S. Patent No. 5,572,193 | "transmitting… from the subscriber unit to the communication system" |

There are 21 patents at issue in this action. Apple Inc. and NeXT Software, Inc. (collectively, "Apple") assert 15 patents. Mobility asserts 6 patents. The disputed claim terms and phrases selected from those patents vary in scope, and their construction requires an analysis of the intrinsic record and to a limited extent, extrinsic evidence.

As explained in Motorola's Memorandum, the proper construction for 8 of the selected terms and phrases from Apple's patents will confirm that Motorola's accused products do not infringe those patents.  Moreover, the proper construction for the "means for capturing…" phrase from Apple's '599 Patent will confirm invalidity for the asserted claims from that patent.

This Court has already set aside July 22, 2011 for a Claims Construction Hearing. [Preliminary Pretrial Conf. Order, Dec. 20, 2011, Dkt. No. 108, at p. 3.]  Motorola believes that a claim construction hearing would be helpful to the Court and the Parties, by allowing the parties an opportunity to present the most important positions and supporting evidence concerning the proposed constructions.  A hearing will also allow the Parties to address any questions or issues raised by the Court.

Accordingly, Motorola respectfully requests that the Court grant its motion for claim construction and a hearing.

| | |
|---|---|
| Dated: June 17, 2011 | Respectfully submitted, |
| | MOTOROLA MOBILITY, INC. |
| | By:   s/ Scott W. Hansen<br>      Scott W. Hansen |

Edward J. DeFranco
Alexander Rudis
Richard W. Erwine
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: eddefranco@quinnemanuel.com
      alexanderrudis@quinnemanuel.com
      richarderwine@quinnemanuel.com

David A. Nelson
500 West Madison St., Suite 2450
Chicago, IL 60661
Email: davenelson@quinnemanuel.com

Robert W. Stone
Brian Cannon
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Email: robertstone@quinnemanuel.com
      briancannon@quinnemanuel.com

Charles K. Verhoeven
50 California Street, 22nd Floor
San Francisco, CA 94111
Email: charlesverhoeven@quinnemanuel.com

Scott W. Hansen
Lynn M. Stathas
Lisa Nester Kass
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street
P.O. Box 2018
Madison, WI 53701-2018
Telephone: (608) 229-2200
Facsimile: (608) 229-2100
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: (414) 298-1000
Facsimile: (414) 298-8097
Email: shansen@reinhartlaw.com
      lstathas@reinhartlaw.com
      lkass@reinhartlaw.com

*Attorneys for Defendants Motorola, Inc. and Motorola Mobility, Inc.*