

Reinhart Boerner Van Deuren s.c.
P.O. Box 2018
Madison, WI 53701-2018

22 East Mifflin Street
Suite 600
Madison, WI 53703

Telephone: 608-229-2200
Facsimile: 608-229-2100
Toll Free: 800-728-6239
reinhartlaw.com

July 15, 2011

DELIVERED BY MESSENGER

The Honorable Barbara B. Crabb
c/o Peter Oppeneer, Clerk of Court
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

Dear Judge Crabb:  Re: *Apple Inc., et al. v. Motorola, Inc., et al.,*
Case No. 3:10-CV-00662-BBC

    Enclosed for filing in the above-referenced case please find two copies of the technical tutorial of Motorola, Inc. and Motorola Mobility, Inc. A copy of the tutorial is also being hand delivered to plaintiffs' counsel as indicated below.

    Thank you.

Sincerely,

Lynn M. Stathas

REINHART\7455976LJB

Enc.

cc:  James D. Peterson, Esq. (Via Hand Delivery)
      Richard W. Erwine, Esq.