**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin 53701

**Chambers of**
**Barbara B. Crabb**
District Judge

**Telephone**
608-264-5447

November 10, 2011

Counsel in Apple v. Motorola; 10-cv-662-bbc

Dear Counsel,

    Because my trial schedule is so full over the next six months and beyond, a kind judge in Chicago who enjoys trying patent cases has offered to take over the pretrial and trial work in this case, with the one condition that if there is a trial, it take place in Chicago.

    Although venue is clearly as proper in Chicago as it is in Madison, I hesitate to move the place of trial without the consent of both parties. I would appreciate your advising me promptly whether you are willing to agree to move the trial to Chicago.

    The transfer of this case will have no effect on the other Apple/Motorola cases filed in this court and it will not extend the time required to resolve the 662 case. In fact, given my docket and the many other patent cases awaiting resolution, it is likely that this case will be resolved much more expeditiously.

                                          Very truly yours,

                                          /s/

                                          Barbara B. Crabb
                                          District Judge

BBC:skv